UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23115-CIV-MARTINEZ-BECERRA

PANO CALAVRIAS,

    Plaintiff,

v.

QUARANTENA, LLC,

    Defendant.
_____/

### ORDER ON MOTION FOR LEAVE TO AMEND

**THIS MATTER** is before the Court on Plaintiff's Motion to Amend Complaint ("Motion to Amend"). (ECF No. 7). Four days after filing the Complaint, Plaintiff moved to amend the Complaint to add additional defendants and corresponding causes of action. (*Id.*). The Court denied the motion without prejudice because the proposed amended complaint was not properly attached to the motion pursuant to Local Rule 15.1. (*See* ECF No. 6). In response, Plaintiff filed the instant Motion to Amend, properly attaching his proposed amended pleading. Considering the liberal amendment standard, and because this case was initiated less than two weeks ago, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Amend, (ECF No. 7), is **GRANTED**. Plaintiff shall separately file its amended complaint on or before **October 13, 2022**. *See* S.D. L.R. 15.1.

**DONE AND ORDERED** in Chambers at Miami, Florida, 11th day of October, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record