UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

PANO CALAVRIAS,

    Plaintiff,

v.                                          Case No. 1:22-cv-23115-JEM

QUARANTENA, LLC.,
PHILLIPS MARINE GROUP, LLC.,
PLACES LUXURY RENTALS, LLC.,
and CODY STRICKLAND,

    Defendant.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED

Plaintiff, PANO CALAVRIAS, gives notice of entry of all current parties in the instant case: PANO CALAVRIAS, QUARANTENA, LLC., PHILLIPS MARINE GROUP, LLC., PLACES LUXURY RENTALS, LLC., and CODY STRICKLAND.

Plaintiff hereby requests that all additional defendants PHILLIPS MARINE GROUP, LLC., PLACES LUXURY RENTALS, LLC., and CODY STRICKLAND be added to the docket as defendants.

Date: October 12, 2022

                                                      **DEMESMIN & DOVER, PLLC**
                                                      *Attorneys for Plaintiff*
                                                      1650 SE 17th Street
                                                      Fort Lauderdale, Florida 33316
                                                      Office (866) 954-6673
                                                      Facsimile (954) 323-4258
                                                      Jdover@attorneysoftheinjured.com
                                                      pfrancois@dd-legal.com

                                                      By: */s/ Jeremy Dover*

1

PATRICIA FRANCOIS, ESQ.<br>
FBN: 1018548

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic filing.

By: <i>/s/ Jeremy Dover</i><br>
PATRICIA FRANCOIS, ESQ.<br>
FBN: 1018548