AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Southern District of Florida

| | |
|---|---|
| PANO CALAVRIAS<br><br>*Plaintiff(s)*<br>v.<br>QUARANTENA, LLC., PHILLIPS MARINE GROUP, LLC., PLACES LUXURY RENTALS, LLC., SIMONE LUCA SESITO, and CODY STRICKLIN<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-23115-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SIMONE LUCA SESITO
    199 E Flagler Street, Unit 107
    Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Patricia Francois, Esq.
    1650 SE 17th Street, Suite 100
    Fort Lauderdale, FL 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 4, 2022

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts