# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:22-CV-23115-JEM

Plaintiff:
**PANO CALAVRIAS**

vs.

Defendant:
**QUARANTENA LLC, ET AL**


BII2022015049

For:
Patricia Francois, Esq.
Demesmin & Dover, PLLC
1650 SE 17th Street
Fort Lauderdale, FL 33316

Received by Burke Process Service on the 27th day of October, 2022 at 9:44 am to be served on **PHILLIPS MARINE GROUP LLC, 1000 5TH STREET, SUITE 200-E5, MIAMI BEACH, FL 33141**.

I, Lazaro Ordaz, do hereby affirm that on the **4th day of November, 2022** at **3:50 pm, I:**

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Action and Second Amended Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Samantha Moreno** as **Secretary, employed therein and authorized to accept service** for PHILLIPS MARINE GROUP LLC, at the address of: **1000 5TH STREET, SUITE 200-E5, MIAMI BEACH, FL 33141**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 170, Hair: Black, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2). I certify that I am over the age of 18, have no interest in the above action and am a Process Server, in good standing, in the judicial circuit in which the process was served.

**Lazaro Ordaz**
# 2319

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: BII-2022015049

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

AO 440 (Rev. 06/12) Summons in a Civil Action

| DELIVERED | 11/4/2022 3:50 PM |
|---|---|
| SERVER | LO |
| LICENSE | # 2319 |

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

PANO CALAVRIAS

*Plaintiff(s)*

v.

Civil Action No. 1:22-cv-23115-JEM

QUARANTENA, LLC., PHILLIPS MARINE GROUP, LLC., PLACES LUXURY RENTALS, LLC., SIMONE LUCA SESITO, and CODY STRICKLIN

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Phillips Marine Group, LLC
1000 5th Street, Suite 200-E5
Miami Beach, FL 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patricia Francois, Esq.
1650 SE 17th Street, Suite 100
Fort Lauderdale, FL 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Nov 3, 2022

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts